# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1354**

**CA 12-00330**

PRESENT: CENTRA, J.P., FAHEY, VALENTINO, AND MARTOCHE, JJ.

---

IN THE MATTER OF THE APPLICATION UNDER
ARTICLE 7 OF THE REAL PROPERTY TAX LAW BY
BESSIE ALEXANDER, PAULETTE A. CAMPAGNA,
RONALD CARUSO, LAWRENCE CATALDI, PAUL V.
CRAPSI, JR., MICHAEL FLAHERTY, AMY FLAHERTY,
TIMOTHY MCGUAN, BEVERLY I. MILEHAM, WILLIAM N.
NAPLES, HOLLOWAY ORTMAN AND GLENN VOELKER,
PETITIONERS-APPELLANTS,

|  |  |
|---|---|
| V | MEMORANDUM AND ORDER |

CITY OF BUFFALO, AND ITS ASSESSOR AND BOARD
OF ASSESSMENT REVIEW, RESPONDENTS-RESPONDENTS.

---

WOLFGANG & WEINMANN, LLP, BUFFALO (JORGE S. DE ROSAS OF COUNSEL), FOR PETITIONERS-APPELLANTS.

BENNETT, DIFILIPPO & KURTZHALTS, LLP, EAST AURORA (JOEL R. KURTZHALTS OF COUNSEL), FOR RESPONDENTS-RESPONDENTS.

---

Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered November 18, 2011 in a proceeding pursuant to RPTL article 7. The order denied petitioners' motion to preclude an interior inspection of their homes.

It is hereby ORDERED that the order so appealed from is unanimously reversed on the law without costs and the matter is remitted to Supreme Court, Erie County, for further proceedings in accordance with the same Memorandum as in *Matter of Aylward v City of Buffalo* (___ AD3d ___ [Dec. 28, 2012]).

Entered: December 28, 2012

Frances E. Cafarell
Clerk of the Court